**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 1

| Chamberlain Group LLC |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**S U M M O N S**

**Court No. 24-00198**

**TO:** The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2604 Nogales, AZ | Center (if known): | Machinery |
|---|---|---|---|
| Protest Number: | see attached | Date Protest Filed: | see attached |
| Importer: | Chamberlain Group LLC | Date Protest Denied: | see attached |
| Category of Merchandise: | intercom systems | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| see attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Patrick Klein
NEVILLE PETERSON LLP
55 Broadway, 1 Exchange Plaza
New York, NY  10006
Tel: 212-635-2730
jpeterson@npwny.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| **Appraised Value of Merchandise** | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| intercom systems | 8517.62.00<br>9903.88.05 | 25% Section 301 Duty | 8517.62.00 | No Section 301 Duty |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Whether the country of origin is China or Mexico for purposes of Section 301 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

    /s/ John Peterson
*Signature of Plaintiff's Attorney*

    October 29, 2024
*Date*

## SCHEDULE OF PROTESTS

Machinery

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2604-23-100405 | 08/14/2023 | 10/21/2024 | R7122022698 | 5/31/2022 | 4/21/2023 | 2604 |
| | | | R7122023191 | 5/31/2022 | 4/21/2023 | 2604 |
| | | | R7122023530 | 6/1/2022 | 4/21/2023 | 2604 |
| | | | R7122023670 | 6/2/2022 | 4/21/2023 | 2604 |
| | | | R7122024157 | 6/3/2022 | 4/21/2023 | 2604 |
| | | | R7122024421 | 6/3/2022 | 4/21/2023 | 2604 |
| | | | R7122024637 | 6/4/2022 | 4/21/2023 | 2604 |
| | | | R7122024892 | 6/6/2022 | 4/28/2023 | 2604 |
| | | | R7122025055 | 6/6/2022 | 4/28/2023 | 2604 |
| | | | R7122025352 | 6/9/2022 | 4/28/2023 | 2604 |
| | | | R7122025451 | 6/14/2022 | 4/28/2023 | 2604 |
| | | | R7122025485 | 6/8/2022 | 4/28/2023 | 2604 |
| | | | R7122025683 | 6/9/2022 | 4/28/2023 | 2604 |
| | | | R7122025832 | 6/9/2022 | 4/28/2023 | 2604 |
| | | | R7122025956 | 6/10/2022 | 4/28/2023 | 2604 |
| | | | R7122026186 | 6/11/2022 | 4/28/2023 | 2604 |
| | | | R7122026780 | 6/14/2022 | 5/5/2023 | 2604 |
| | | | R7122027010 | 6/15/2022 | 5/5/2023 | 2604 |
| | | | R7122027176 | 6/15/2022 | 5/5/2023 | 2604 |
| | | | R7122027408 | 6/16/2022 | 5/5/2023 | 2604 |
| | | | R7122027812 | 6/20/2022 | 5/5/2023 | 2604 |
| | | | R7122028349 | 6/22/2022 | 5/12/2023 | 2604 |
| | | | R7122028851 | 6/24/2022 | 5/12/2023 | 2604 |
| | | | R7122029271 | 6/27/2022 | 5/19/2023 | 2604 |
| | | | R7122029867 | 6/29/2022 | 5/19/2023 | 2604 |
| | | | R7122029925 | 6/29/2022 | 5/19/2023 | 2604 |
| | | | R7122030345 | 6/30/2022 | 5/19/2023 | 2604 |
| | | | R7122031707 | 7/6/2022 | 5/26/2023 | 2604 |
| | | | R7122032028 | 7/6/2022 | 5/26/2023 | 2604 |
| | | | R7122032515 | 7/8/2022 | 5/26/2023 | 2604 |
| | | | R7122032887 | 7/9/2022 | 5/26/2023 | 2604 |
| | | | R7122033224 | 7/12/2022 | 6/2/2023 | 2604 |
| | | | R7122037472 | 7/29/2022 | 6/16/2023 | 2604 |
| | | | R7122038371 | 8/3/2022 | 6/23/2023 | 2604 |
| | | | R7122038439 | 8/3/2022 | 6/23/2023 | 2604 |
| | | | R7122039015 | 8/8/2022 | 6/30/2023 | 2604 |
| | | | R7122039098 | 8/8/2022 | 6/30/2023 | 2604 |
| | | | R7122039122 | 8/9/2022 | 6/30/2023 | 2604 |
| | | | R7122040260 | 8/16/2022 | 7/7/2023 | 2604 |
| | | | R7122041060 | 8/18/2022 | 7/7/2023 | 2604 |
| | | | R7122041219 | 8/19/2022 | 7/7/2023 | 2604 |
| | | | R7122041458 | 8/24/2022 | 7/7/2023 | 2604 |
| | | | R7122041946 | 8/23/2022 | 7/14/2023 | 2604 |
| | | | R7122041995 | 8/23/2022 | 7/14/2023 | 2604 |
| | | | R7122042084 | 8/24/2022 | 7/14/2023 | 2604 |
| | | | R7122043546 | 8/31/2022 | 7/21/2023 | 2604 |
| | | | R7122046549 | 9/16/2022 | 8/4/2023 | 2604 |
| | | | R7122047513 | 9/27/2022 | 8/11/2023 | 2604 |
| | | | R7122047745 | 9/24/2022 | 8/11/2023 | 2604 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

**SCHEDULE OF PROTESTS**

<u>Machinery</u>

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry No. | Entry Date | Liquidation Date | Port Code |
|---|---|---|---|---|---|---|
| 2604-23-100406 | 08/14/2023 | 10/21/2024 | R7122048446 | 09/29/2022 | 08/18/2023 | 2604 |
| | | | R7122048859 | 10/01/2022 | 08/18/2023 | 2604 |
| | | | R7122049394 | 10/07/2022 | 08/25/2023 | 2604 |
| | | | R7122049576 | 10/04/2022 | 08/25/2023 | 2604 |
| | | | | | | |
| 2604-23-100411 | 11/21/2023 | 10/21/2024 | R7122063049 | 19/Dec/2022 | 9/29/2023 | 2604 |
| | | | R7122062975 | 17/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122062843 | 16/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122062868 | 16/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122062884 | 16/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122062256 | 13/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122062264 | 13/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122061902 | 12/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122061506 | 08/Dec/2022 | 11/3/2023 | 2604 |
| | | | R7122061290 | 07/Dec/2022 | 10/27/2023 | 2604 |
| | | | R7122061134 | 06/Dec/2022 | 10/27/2023 | 2604 |
| | | | R7122061860 | 10/Dec/2022 | 10/27/2023 | 2604 |
| | | | R7122061332 | 07/Dec/2022 | 10/27/2023 | 2604 |
| | | | R7122060896 | 03/Dec/2022 | 10/20/2023 | 2604 |
| | | | R7122060771 | 02/Dec/2022 | 10/20/2023 | 2604 |
| | | | R7122060474 | 01/Dec/2022 | 10/20/2023 | 2604 |
| | | | R7122060300 | 30/Nov/2022 | 10/20/2023 | 2604 |
| | | | R7122060219 | 29/Nov/2022 | 10/20/2023 | 2604 |

**SCHEDULE OF PROTESTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2604-23-100411 (cont'd) | | | R7122059013 | 23/Nov/2022 | 10/13/2023 | 2604 |
| | | | R7122058858 | 19/Nov/2022 | 10/13/2023 | 2604 |
| | | | R7122058734 | 18/Nov/2022 | 10/13/2023 | 2604 |
| | | | R7122058510 | 17/Nov/2022 | 10/13/2023 | 2604 |
| | | | R7122057462 | 11/Nov/2022 | 9/29/2023 | 2604 |
| | | | R7122055060 | 09/Nov/2022 | 9/22/2023 | 2604 |
| | | | R7122054394 | 02/Nov/2022 | 9/15/2023 | 2604 |
| | | | R7122054147 | 02/Nov/2022 | 9/15/2023 | 2604 |
| | | | R7122053511 | 02/Nov/2022 | 9/15/2023 | 2604 |
| | | | R7122053693 | 02/Nov/2022 | 9/15/2023 | 2604 |
| | | | R7122053347 | 02/Nov/2022 | 9/15/2023 | 2604 |
| | | | R7122052919 | 27/Oct/2022 | 9/8/2023 | 2604 |
| | | | R7122052604 | 27/Oct/2022 | 9/8/2023 | 2604 |
| | | | R7122051317 | 20/Oct/2022 | 9/1/2023 | 2604 |
| | | | R7122049154 | 18/Oct/2022 | 8/18/2023 | 2604 |
| | | | R7122048644 | 18/Oct/2022 | 8/18/2023 | 2604 |
| | | | R7122048040 | 18/Oct/2022 | 8/18/2023 | 2604 |
| | | | R7122049576 | 12/Oct/2022 | 8/25/2023 | 2604 |
| | | | R7122049394 | 12/Oct/2022 | 8/25/2023 | 2604 |
| | | | R7122048859 | 07/Oct/2022 | 8/18/2023 | 2604 |
| | | | R7122048446 | 07/Oct/2022 | 8/18/2023 | 2604 |